■ The People of the State of New York, Respondent, v Alfredo Baez, Appellant. [835 NYS2d 522]—Judgment of resen-

tence, Supreme Court, New York County (Micki A. Scherer, J.), rendered on or about May 12, 2006, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Sullivan, Sweeny and Catterson, JJ.